**FILED**

MAY - 6 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rochelle Driessen,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Federal Bureau of Investigation *et al.*,　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　)

Case: 1:15-cv-00693
Assigned To : Unassigned
Assign. Date : 5/6/2015
Description: Pro Se Gen. Civil

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff, a Florida resident, alleges that the FBI informed her in February 2015 that she had won $1.5 million from the U.K. Mega Millions Lottery. She sues the FBI and the UK Lottery for allegedly depriving her of due process "by failing to transfer Plaintiff's lottery winnings from the bank registered to the lottery organization . . . pursuant to the Electronic Funds Transfer Act. " Compl. ¶ 1. The questionable attachments to the complaint, one of which includes a demand for a $398 processing fee that plaintiff wisely questions having to pay, *see id.* ¶ 9, are telltale signs of a scam. *See* Compl. Ex. G (directing payment of the processing fee "via Western Union" to a "cashier" in Abidjan, Ivory Coast). Indeed, the Federal Trade Commission ("FTC") warns against this very type and informs: "[t]he truth is that no government agency . . . is involved, and there are no winnings." Gov't Imposter Scams, You've "Won" a Lottery or

Sweepstakes, https://www.consumer.ftc.gov   The FTC further informs the public that agencies

and federal employees do not "ask people to send money for prizes" and are not "permitted to

ask you to wire money[.]" *Id.*   Hence, this case will be dismissed.   A separate Order

accompanies this Memorandum Opinion.


Date:   April __³⁰__, 2015                           United States District Judge